IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY N. BOOKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 4:10-cv-00145 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : : : | Hon. John E. Jones III |
| | : | |
| Defendant. | : | |

# ORDER

## August 27, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Jeffrey N. Booker as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Jeffrey N. Booker disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

>	BY THE COURT:
>
>	s/John E. Jones III
>	John E. Jones III
>	United States District Judge